# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** <br><br> **Hoku Corporation,** <br><br> **Debtor.** | **Bankruptcy Case** <br> **No. 13-40838-JDP** |

_____

| | |
|---|---|
| **R. Sam Hopkins** <br> **Chapter 7 Trustee,** <br><br> **Plaintiff,** <br> vs. <br><br> **Entro Holdings, Inc., f/k/a Kentrol Inc., a Main corporation of F.W. Webb Company; and John Does 1-10,** <br><br> **Defendants.** | **Adv. Proceeding** <br> **No. 15-08104-JDP** |

_____

# MEMORANDUM OF DECISION
_____

For the reasons set forth in the Memorandum of Decision entered in

*Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19,

MEMORANDUM OF DECISION – 1

Plaintiff's motion for default judgment will be granted. Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated: December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION – 2